# UNITED STATES DISTRICT COURT
## District of Minnesota

Daniel J. Palen,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 24-cv-04216-JMB-EMB

NewRez LLC,

Defendant(s),

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. NewRez LLC's motion for Judgment on the Pleadings (Doc. No. 19) is GRANTED;
2. Plaintiff Daniel J. Palen's Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE.

Date: 11/25/2025

KATE M. FOGARTY, CLERK